AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ▼

| | |
|---|---|
| BRITTANY ALEXANDRIA SHEETS, an individual, aka Mars Argo | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| COREY MICHAEL MIXTER        - See attached | ) ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  CV 18-3204-R-AGR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COREY MICHAEL MIXTER, an individual, aka Titanic Sinclair; TITANIC SINCLAIR PRODUCTIONS, INC., a California corporation; MORIAH ROSE PEREIRA, an individual, aka Poppy, aka ThatPoppy, aka I am Poppy; and I AM POPPY, INC., a California corporation

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (State Bar No. 206607)
Dolly K. Hansen (State Bar No. 254826)
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  ____4/23/2018____

____Grace Kami____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                         _____
                                                        *Server's signature*

                                              _____
                                                        *Printed name and title*


                                              _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

# Attachment to Summons

**Attachment to Summons**

SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (State Bar No. 206607)
matthew@spertuslaw.com
Dolly K. Hansen (State Bar No. 254826)
dolly@spertuslaw.com
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711

*Attorneys for Plaintiff Brittany Alexandria Sheets*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTANY ALEXANDRIA SHEETS, an individual, aka Mars Argo;<br><br>Plaintiff,<br><br>vs.<br><br>COREY MICHAEL MIXTER, an individual, aka Titanic Sinclair; TITANIC SINCLAIR PRODUCTIONS, INC., a California corporation; MORIAH ROSE PEREIRA, an individual, aka Poppy, aka ThatPoppy, aka I am Poppy; and I AM POPPY, INC., a California corporation<br><br>Defendants. | CASE NO. CV 18-3204<br><br>COMPLAINT FOR:<br><br>1. COPYRIGHT INFRINGEMENT<br>2. COMMON LAW RIGHT OF PUBLICITY<br>3. VIOLATION OF CALIFORNIA'S UNFAIR BUSINESS LAWS (Cal. Bus. & Prof. Code §§17200, *et seq.*)<br>4. DOMESTIC VIOLENCE DAMAGES (Cal. Code Proc. §340.15)<br><br>**DEMAND FOR JURY TRIAL** |

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES, CA. 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

COMPLAINT