SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (State Bar No. 206607)
matthew@spertuslaw.com
Dolly K. Hansen (State Bar No. 254826)
dolly@spertuslaw.com
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711

*Attorneys for Plaintiff Brittany Alexandria Sheets*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRITTANY ALEXANDRIA SHEETS, individual, aka Mars Argo;<br><br>Plaintiff,<br><br>vs.<br><br>COREY MICHAEL MIXTER, an individual, aka Titanic Sinclair; TITANIC SINCLAIR PRODUCTIONS, INC., a California corporation; MORIAH ROSE PEREIRA, an individual, aka Poppy, aka ThatPoppy, aka I am Poppy; AND I AM POPPY, INC.<br><br>Defendants. | CASE NO. CV−03204−R−AGR<br><br>[PROPOSED] ORDER |

[PROPOSED] ORDER

1  The Court, having considered the Notice of Settlement filed by Plaintiff Brittany Alexandria Sheets, and good cause appearing, hereby continues all dates in this matter, including any deadline for Defendants to answer or otherwise respond to the Complaint, by 30 days.

**IT IS SO ORDERED**.

Dated: September __, 2018

Honorable Manuel L. Real
United States District Judge