1  SPERTUS, LANDES & UMHOFER, LLP
   Matthew Donald Umhofer (State Bar No. 206607)
2  matthew@spertuslaw.com
   Dolly K. Hansen (State Bar No. 254826)
3  dolly@spertuslaw.com
   1990 S. Bundy Drive, Suite 705
4  Los Angeles, California 90025
   Tel.: (310) 826-4700
5  Fax: (310) 826-4711

6  *Attorneys for Plaintiff Alexandria Brittany Sheets*

7

8

9                     UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11                        WESTERN DIVISION

12  BRITTANY ALEXANDRIA SHEETS,        CASE NO. CV 18−03204−R−AGR
    an individual, aka Mars Argo;
13                                     [PROPOSED] ORDER ON
                                       STIPULATION OF DISMISSAL
14                   Plaintiff,

15

16         vs.

17
    COREY MICHAEL MIXTER, an
18  individual, aka Titanic Sinclair;
    TITANIC SINCLAIR
19  PRODUCTIONS, INC., a California
    corporation; MORIAH ROSE
20  PEREIRA, an individual, aka Poppy,
    aka ThatPoppy, aka I am Poppy; AND
21  I AM POPPY, INC.
22

23

24                   Defendants.

25

26

27

28

─────────────────────────────────────────────
            [PROPOSED] ORDER ON STIPULATION OF DISMISSAL

Spertus, Landes & Umhofer, LLP
1990 SOUTH BUNDY DR., SUITE 705
LOS ANGELES. CA, 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1   Based on the joint stipulation of the parties, and good cause appearing, IT

2   IS HEREBY ORDERED that this entire action, including all claims asserted in

3   the Complaint filed by Plaintiff Brittany Alexandria Sheets on April 17, 2018,

4   against Defendants Corey Michael Mixter, an individual, aka Titanic Sinclair;

5   Titanic Sinclair Productions, Inc., a California Corporation; Moriah Rose Pereira,

6   an individual, aka Poppy, aka ThatPoppy, aka I am Poppy; and I am Poppy, Inc.,

7   a California corporation, is dismissed with prejudice.

8

9   **IT IS SO ORDERED**.

10

11

12   Dated:  January __, 2019

13   Honorable Manuel L. Real
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Spertus, Landes & Umhofer, LLP
1990 South Bundy Dr., Suite 705
Los Angeles. CA, 90025
Telephone 310-826-4700; Facsimile 310-826-4711

2

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL