SPERTUS, LANDES & UMHOFER, LLP
Matthew Donald Umhofer (State Bar No. 206607)
matthew@spertuslaw.com
Dolly K. Hansen (State Bar No. 254826)
dolly@spertuslaw.com
1990 S. Bundy Drive, Suite 705
Los Angeles, California 90025
Tel.: (310) 826-4700
Fax: (310) 826-4711

*Attorneys for Plaintiff Alexandria Brittany Sheets*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BRITTANY ALEXANDRIA SHEETS, an individual, aka Mars Argo;<br><br>Plaintiff,<br><br>vs.<br><br>COREY MICHAEL MIXTER, an individual, aka Titanic Sinclair; TITANIC SINCLAIR PRODUCTIONS, INC., a California corporation; MORIAH ROSE PEREIRA, an individual, aka Poppy, aka ThatPoppy, aka I am Poppy; AND I AM POPPY, INC.<br><br>Defendants. | CASE NO. CV 18−03204−R−AGR<br><br>ORDER ON STIPULATION OF DISMISSAL |

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL

Based on the joint stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that this entire action, including all claims asserted in the Complaint filed by Plaintiff Brittany Alexandria Sheets on April 17, 2018, against Defendants Corey Michael Mixter, an individual, aka Titanic Sinclair; Titanic Sinclair Productions, Inc., a California Corporation; Moriah Rose Pereira, an individual, aka Poppy, aka ThatPoppy, aka I am Poppy; and I am Poppy, Inc., a California corporation, is dismissed with prejudice.

**IT IS SO ORDERED**.

Dated: January 11, 2019

_____
Honorable Manuel L. Real
United States District Judge